# United States District Court

__SOUTHERN__    DISTRICT OF    __TEXAS__

McALLEN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Carlos VELAZQUEZ-Soto**<br>AKA:<br>IAE    YOB: 1996<br>Mexico<br>(Name and Address of Defendant) | **CRIMINAL COMPLAINT**<br><br>Case Number:    M-22-0741-M<br><br>United States Courts<br>Southern District of Texas<br>FILED<br>*April 19, 2022*<br>Nathan Ochsner, Clerk of Court |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 19, 2022__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did,

(*Track Statutory Language of Offense*)

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326(a)(b)__ __(Felony)__

I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:

On April 19, 2022, Carlos VELAZQUEZ-Soto a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on April 19, 2022. Record checks revealed the defendant was deported, excluded or removed from the United States to Mexico on September 26, 2019 via Brownsville, Texas. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. On August 21, 2019, the defendant was convicted of 8 USC 1324, transporting a certain alien within the United States for private financial gain and sentenced to time served.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on April 19, 2022.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes   ☒ No

Complaint approved by AUSA A. Castro

/s/ Jeffrey Massey
**Signature of Complainant**

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1 and probable cause found on:

Jeffrey Massey            Deportation Officer
**Printed Name and Title of Complainant**

April 19, 2022   @ 1:37pm
**Date**

at   McAllen, Texas
    **City and State**

Juan F. Alanis            U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**